| | |
|---|---|
| 1 | Tanya E. Moore, SBN 206683 |
| 2 | MISSION LAW FIRM, A.P.C.<br>332 North Second Street |
| 3 | San Jose, California 95112<br>Telephone (408) 298-2000 |
| 4 | Facsimile (408) 298-6046<br>E-mail: service@mission.legal |
| 5 | Attorney for Plaintiff, |
| 6 | Francisca Moralez |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCA MORALEZ, | ) | No. 4:18-cv-02597-KAW |
| Plaintiff, | ) ) | **STIPULATION TO EXTEND DEADLINE** |
| vs. | ) ) | **TO COMPLETE JOINT SITE** |
| METZIA, INC. dba THE CLOSET | ) ) | **INSPECTION REQUIRED BY GENERAL ORDER 56; [PROPOSED] ORDER** |
| FACTORY; BATTON ASSOCIATES, LLC; | ) ) | |
| Defendants. | ) ) | |

Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Metzia, Inc. dba The Closet Factory; and Batton Associates, LLC (collectively "Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. This action arises out of Plaintiff's claims that Defendants denied her full and equal access to their public accommodation on account of her disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY
GENERAL ORDER 56; [PROPOSED] ORDER

Page 1

2. The Court has ordered that the Parties conduct a joint site inspection of the subject property on or before August 15, 2018 (Dkt. 4).

3. Counsel for the Parties is unavailable to conduct the joint site inspection prior to the August 15, 2018 deadline.

4. The Parties have agreed to conduct the joint site inspection on September 13, 2018 at 1:00 p.m. unless a settlement is reached prior to that date.

5. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to September 13, 2018.

**IT IS SO STIPULATED.**

Dated: August 10, 2018          MISSION LAW FIRM, A.P.C.

                                             */s/ Tanya E. Moore*
                                             Tanya E. Moore
                                             Attorney for Plaintiff,
                                             Francisca Moralez

Dated: August 10, 2018          BERLINER COHEN, LLP

                                             */s/ Christine H. Long*
                                             Christine H. Long
                                             Isabella L. Shin
                                             Attorneys for Defendants,
                                             Metzia, Inc. dba The Closet Factory; and
                                             Batton Associates, LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                             */s/ Tanya E. Moore*
                                             Tanya E. Moore
                                             Attorney for Plaintiff,
                                             Francisca Moralez

# [~~PROPOSED~~] ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to September 13, 2018, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: 8/13/18

*Kandis Westmore*
United States Magistrate Judge