| | |
|---|---|
| 1 | Tanya E. Moore, SBN 206683 |
| 2 | MISSION LAW FIRM, A.P.C.<br>332 North Second Street |
| 3 | San Jose, California 95112<br>Telephone: (408) 298-2000 |
| 4 | Facsimile: (408) 298-6046<br>E-mail: service@mission.legal |
| 5 | Attorney for Plaintiff,<br>Francisca Moralez |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | ) No. 4:18-cv-02597-KAW |
| Plaintiff, | ) **STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56 AND RELATED DATE; [PROPOSED] ORDER** |
| vs. | |
| METZIA, INC. dba THE CLOSET FACTORY; BATTON ASSOCIATES, LLC; | |
| Defendants. | |

**WHEREAS,** on May 3, 2018, the Court issued a Scheduling Order for Cases Asserting Denial of Right of Access under the Americans with Disabilities Act (Dkt. 4) ("the Scheduling Order");

**WHEREAS,** Plaintiff Francisca Moralez ("Plaintiff") and Defendants Metzia, Inc. dba The Closet Factory; and Batton Associates, LLC ("Defendants," and together with Plaintiff, "the Parties") conducted the joint site inspection required by General Order 56 and this Court's Scheduling Order, on September 13, 2018.

STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56
AND RELATED DATE; [PROPOSED] ORDER

Page 1

1 **WHEREAS,** the Scheduling Order required that the Parties, and their counsel, to meet and confer in person no later than 28 days after the joint site inspection, here, October 11, 2018;

**WHEREAS,** due to the unavailability of counsel, the Parties cannot complete the meet and confer prior to the deadline;

**NOW, THEREFORE,** it is hereby stipulated by and between the Parties, through their respective counsel, that the meet and confer required under General Order 56 and this Court's Scheduling Order take place on November 1, 2018 at 11:30 a.m. The Parties accordingly request an extension of the deadline to complete the meet and confer to November 1, 2018.

**IT IS FURTHER STIPULATED** that if a settlement of the matter is not reached at the meet and confer, that Plaintiff shall file a Notice of Need for Mediation within 14 days of the meet and confer.

**IT IS SO STIPULATED.**

Dated: October 12, 2018         MISSION LAW FIRM, A.P.C.

                                _/s/ Tanya E. Moore_
                                Tanya E. Moore
                                Attorney for Plaintiff,
                                Francisca Moralez


Dated: October 12, 2018         BERLINER COHEN, LLP

                                _/s/ Isabella L. Shin_
                                Christine H. Long
                                Isabella L. Shin
                                Attorneys for Defendants,
                                Metzia, Inc. dba The Closet Factory; and
                                Batton Associates, LLC

///
///
///
///

STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56 AND RELATED DATE; [PROPOSED] ORDER

Page 2

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Francisca Moralez

**ORDER**

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the in person meet and confer required by this Court's Scheduling Order and General Order 56 shall take place no later than November 1, 2018.

**IT IS FURTHER ORDERED** that if the parties are unable to reach a settlement of this matter at the in person meet and confer, Plaintiff shall file a Notice of Need for Mediation within 14 days of the meet and confer.

**IT IS SO ORDERED**.

Dated: 10/25/18

*Kandis Westmore*
United States ~~Senior~~ Magistrate Judge