Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, <br>     Plaintiff, <br> vs. <br> METZIA, INC. dba THE CLOSET FACTORY; BATTON ASSOCIATES, LLC; <br>     Defendants. | No. 4:18-cv-02597-KAW <br><br> **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH THE COURT'S RETENTION OF JURISDICTION TO RESOLVE PLAINTIFF'S CLAIM FOR ATTORNEYS' FEES, COSTS AND LITIGATION EXPENSES** <br><br> **[PROPOSED]  ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Metzia, Inc. and Batton Associates, LLC ("Defendants," and together with Plaintiff, "the Parties"), all parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action be dismissed with prejudice.

**IT IS FURTHER STIPULATED** by the Parties that the Court shall expressly retain jurisdiction over this matter for the purpose of adjudicating any subsequent motion Plaintiff may bring to recover her attorneys' fees and costs ("Fees Motion"). Any Fees Motion shall be filed within 45 days of the date the Court issues its Order on this stipulation.

**IT IS FURTHER STIPULATED** by the Parties that Plaintiff is the prevailing party in this matter solely for purposes of adjudicating the Fees Motion.

Dated: November 1, 2018    MISSION LAW FIRM, A.P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Francisca Moralez

Dated: November 1, 2018    BERLINER COHEN, LLP

*/s/ Christine H. Long*
Christine H. Long
Isabella L. Shin
Attorneys for Defendants,
Metzia, Inc. dba The Closet Factory; and
Batton Associates, LLC

### ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff, Francisca Moralez

STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND RETENTION OF JURISDICTION; [PROPOSED] ORDER

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Court shall expressly retain jurisdiction over this matter for the purpose of adjudicating any motion brought by Plaintiff to recover her attorneys' fees and costs ("Fees Motion").

2. Plaintiff shall file any Fees Motion within 45 days of the date of this Order.

3. Solely for purposes of adjudicating any Fees Motion, Plaintiff is adjudged the prevailing party in this action.

4. Except as provided for in paragraph 1, the action is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: 11/8/18

KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND RETENTION OF JURISDICTION; [PROPOSED] ORDER